# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID PATRICK GRIBSCHAW, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL WENEROWICZ, TOM ) <br> CORBETT, *The Attorney General of* ) <br> *the State of Pennsylvania*, STEPHEN ) <br> A. ZAPPALA, JR., *The District* ) <br> *Attorney of the County of Allegheny*, ) <br> ) <br> Respondents. | Civil Action 10 – 1106 <br><br> Magistrate Judge Lisa Pupo Lenihan |

## ORDER

**AND NOW**, this 23rd day of March, 2016, **IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 3) is **DENIED.**

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc: David Patrick Gribschaw
    EV 9574
    SCI Somerset
    1600 Walters Mill Road
    Somerset, PA 15510